IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| SARAH PEITZ, *Plaintiff,* | § § § | |
| v. | § § | MO:22-CV-00257-DC |
| REPUBLIC EES, LLC d/b/a REPUBLIC SERVICES ENERGY SERVICES/REPUBLIC ENERGY AND ENVIRONMENTAL SOLUTIONS *Defendants.* | § § § § § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the report and recommendation[1] from United States Magistrate Ronald C. Griffin concerning Defendants' Motion to Dismiss.[2] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Griffin issued his R&R on October 5, 2023.[3] As of the date of this order, no party has filed objections to the R&R.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the R&R and, in doing so, secure de novo review by the district

---

[1] ECF No. 22.
[2] ECF No. 16. Republic EES, LLC also renewed their motion for sanctions in the same filing. The Court previously entered an Order resolving that issue. *See* ECF No. 21.
[3] ECF No. 22.

court. When no objections are timely filed, a district court can review the magistrate's R&R for clear error.[4]

Because no party has filed timely objections, the Court reviews the R&R for clear error. Having done so and finding no clear error, the Court accepts and adopts the R&R as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge[5] is **ADOPTED**.

Defendants' motion to dismiss[6] is **DENIED**.

It is so **ORDERED**.

SIGNED this 23rd day of October, 2023.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[4] *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").
[5] ECF No 22.
[6] ECF No. 16.