## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **SARAH PEITZ,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **REPUBLIC EES, LLC, d/b/a** | § | **MO:22-CV-00257-DC** |
| **REPUBLIC ENERGY SERVICES,** | § | |
| **d/b/a REPUBLIC ENERGY AND** | § | |
| **ENVIRONMENTAL SOLUTIONS,** | § | |
| **REPUBLIC EES, LLC,** | § | |
| *Defendant.* | § | |

### FINAL JUDGMENT

In accordance with the Court's Order,[1] Republic EEs, LLC's motion for summary judgment is granted. Because nothing remains in the case to resolve, the Court renders final judgment under Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Republic's motion for summary judgment be **GRANTED** and Sarah Peitz's claims be dismissed with prejudice.

It is also **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 21st day of July, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 35